EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Comisión Revisora de Currículo del Programa de Educación Jurídica Continua | 2016 TSPR 7<br><br>194 DPR ____ |

Número del Caso: EN-2016-1

Fecha: 13 de enero de 2016

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

Comisión Revisora de Currículo
del Programa de Educación          EN-2016-01
Jurídica Continua

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de enero de 2016.

En virtud del poder inherente del Tribunal Supremo de Puerto Rico para regular el ejercicio de la abogacía y al amparo de la Regla 26 del Reglamento de Educación Jurídica Continua aprobado el 30 de abril de 1998, según enmendado,[1] se nombran a los y las siguientes profesionales del Derecho como miembros de la Comisión Revisora de Currículo del Programa de Educación Jurídica Continua, quienes rendirán sus servicios *ad honorem*:

    Lcda. Evelyn Benvenutti Toro, Presidenta
    Lcdo. Israel Santiago Lugo
    Lcdo. Walter O. Alomar Jiménez

La Lcda. Evelyn Benvenutti Toro desempeñará su cargo por un término de cinco (5) años. El Lcdo. Israel Santiago Lugo desempeñará su cargo por un término de cuatro (4) años. El Lcdo. Walter

---

[1] *Véanse*, *In re*: Reglamento de Educación Jurídica Continua, 146 DPR 494 (1998); *In re*: Enmiendas al Reglamento de Educación Jurídica Continua y al Reglamento del Programa de Educación Jurídica Continua, 2015 TSPR 77.

O. Alomar Jiménez desempeñará su cargo por un término de tres (3) años.

Esta Resolución tendrá vigencia inmediata.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez y la Jueza Asociada Oronoz Rodríguez no intervinieron.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo